UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

REAL PROPERTY LOCATED AT
900 BISCAYNE BLVD UNIT #6107,
MIAMI, FLORIDA 33132,

      Defendant *In Rem.*
_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?     Yes ___ X No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?     Yes ___ X No

      Respectfully submitted,

      DEBORAH CONNOR, CHIEF
      MONEY LAUNDERING & ASSET RECOVERY
        SECTION

      Woo S. Lee, Deputy Chief
      Shai D. Bronshtein, Trial Attorney
      Teresa C. Turner-Jones, Senior Trial Attorney
      Criminal Division
      United States Department of Justice
      1400 New York Avenue NW
      Washington, DC 20005
      Telephone: (202) 616-5950
      Shai.Bronstein@usdoj.gov

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: */s/ Adrienne E. Rosen*
Adrienne E. Rosen
Assistant United States Attorney
Court ID No. A5502297
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9338
Facsimile: (305) 536-4089
Adrienne.Rosen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA