UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

REAL PROPERTY LOCATED AT
900 BISCAYNE BLVD UNIT #6107,
MIAMI, FLORIDA 33132,

    Defendant *In Rem*.

_____/

## NOTICE OF VERIFIED COMPLAINT FOR FORFEITURE *IN REM* AGAINST REAL PROPERTY

To:   NATHALIE BOUMBA PEMBE, AND ALL OTHER PERSONS WHO MAY CLAIM INTEREST IN THE DEFENDANT PROPERTY

    1.    DATE OF NOTICE:  June 12, 2020

    2.    FORFEITURE COMPLAINT:  On June 12, 2020, the United States of America filed a Verified Complaint for Forfeiture *In Rem* seeking forfeiture, pursuant to 18 U.S.C. § 981, in the United States District Court for the Southern District of Florida against the defendant property commonly known as 900 Biscayne Blvd Unit #6107, Miami, Florida 33132, legally described as follows:

> Condominium Parcel No. 6107 in 900 BISCAYNE BAY, a Condominium, according to the Declaration thereof recorded April 23, 2008 in Official Record Book 26340, Page 0882, of the Public Records of Miami-Dade County, Florida, as amended and/or supplemented from time to time, together with an undivided interest in the common elements appurtenant thereto.
>
> a/k/a 900 Biscayne Boulevard #6107, Miami, FL 33132-1729

PARCEL IDENTIFICATION NO.: 01-3231-069-3350

3. **FILING OF A VERIFIED CLAIM:** Pursuant to Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice or the date of delivery, if personally served.

4. **CONTENTS OF VERIFIED CLAIM:** Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (*see* 28 U.S.C. § 1746).

5. **FILING OF AN ANSWER:** If you file a verified claim, you **must** then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the verified claim.

6. **FILING WITH COURT AND SERVICE ON UNITED STATES:** The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the Southern District of Florida, Wilkie D. Ferguson Jr., U.S. Courthouse, 400 North Miami Avenue, Room 8N09Miami, FL 33128, and a copy of the claim and answer or motion must be sent to Adrienne Rosen, Assistant United States Attorney, 99 NE 4th Street, 7th Floor, Miami, Florida 33132.

7. In accordance with 18 U.S.C. § 985(c)(1)(B), this Notice shall be posted on the defendant property and served on the property owner, along with a copy of the Verified Complaint for Forfeiture In Rem.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for the relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

DATED: June 12, 2020

DEBORAH CONNOR, CHIEF
MONEY LAUNDERING & ASSET RECOVERY
   SECTION

Woo S. Lee, Deputy Chief
Shai D. Bronshtein, Trial Attorney
Teresa C. Turner-Jones, Senior Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 616-5950
Shai.Bronstein@usdoj.gov

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: /s/ Adrienne E. Rosen
Adrienne E. Rosen
Assistant United States Attorney
Court ID No. A5502297
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9338
Facsimile: (305) 536-4089
Adrienne.Rosen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA