CFN: 20200332013 BOOK 31970 PAGE 3134
DATE:06/15/2020 09:26:40 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22427-MGC

UNITED STATES OF AMERICA

vs.

900 BISCAYNE BLVD UNIT #6107,
MIAMI, FLORIDA 33132

          Defendant *In Rem*.
_____/

## NOTICE OF LIS PENDENS

GRANTEE(S):   Nathalie Boumba Pembe

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on June 12, 2020, the United States of America filed a Verified Complaint for Forfeiture *in Rem* in the United States District Court for the Southern District of Florida, in the above-captioned case

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 981(a)(1)(A), the United States of America is seeking to forfeit the real property located at **900 Biscayne Boulevard, Unit 6107, Miami, FL 33132**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Condominium Parcel No. 6107 in 900 BISCAYNE BAY, a Condominium, according to the Declaration thereof, recorded April 23, 2008 in Official Record Book 26340, Page 0882, of the Public Records of Miami-Dade County, Florida, as amended and/or supplemented from time to time, together with an undivided interest in the common elements appurtenant thereto.
>
> Folio No. 01-3231-069-3350

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

      Respectfully submitted,

      ARIANA FAJARDO ORSHAN
      UNITED STATES ATTORNEY

By:   _____
      Adrienne E. Rosen
      Assistant United States Attorney
      Court ID No. A5502297
      U.S. Attorney's Office
      99 Northeast Fourth Street, 7th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9338
      E-mail: adrienne.rosen@usdoj.gov