

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| Plaintiff | Court Case Number |
|---|---|
| United States of America | 1:20-CV-22427-MGC |

| Defendant | Type of Process |
|---|---|
| RP L/A 900 Biscayne Blvd Unit #6107 MIAMI FL 33132 | Verified Complaint Forfeiture in Rem/Notice [ECF 1] |

**SERVE AT**
Name of Individual, Company, Corporation, ETC. To Serve or Description of Property to Seize
NATHALIE BOUMBA PEMBE and all other persons who many claim interest in Defendant Propety
Address (Street or RFD, Apartment No., City, State and Zip Code)
Real Property 900 Biscayne Blvd Unit #6107 Miami FL 33132

Send Notice of Service Copy to Requester at Name and Address
AUSA Adrienne Rosen
99 NE 4th Street, 7th Floor
Miami, Florida 33132
adrienne.rosen@usdoj.gov

Number of Process to be Served in this Case: 1
Number of Parties to be Served in this Case: 1
Check Box if Service is on USA: X

Special Instructions or Other Information That Will Assist in Expediting Service (Includes Business and Alternate Address, Phone # and Est. Times Available for Service):

Post and Walk:
Real Property with PARCEL IDENTIFICATION NO.: 01-3231-069-3350

Signature of Attorney or Other Originator Requesting Service on Behalf of ✓ Plaintiff
Telephone No.: 305-961-9338
Date: 6/15/2020

SIGNATURE & DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I Hereby Certify and Return That ☐ Personally served ☐ Have Legal Evidence of Service ☒ Have Executed as Shown in "Remarks" the Process Described on the Individual, Company, Corporation, etc. at the Address Shown Above or at the Address Inserted Below.

Name & Title of Individual Served if Not Shown Above:
AMY PARKER, Special Agent

Date of Service: 6/25/2020
Time of Service: 10:15 am
Signature, Title and Treasury Agency: SA, HSI

**REMARKS:**
Posted on Door of Condo Unit

TD F 90-22.48 (6/96)