UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22427-MGC

UNITED STATES OF AMERICA

 Plaintiff,

v.

REAL PROPERTY LOCATED AT 900 BISCAYNE BLVD UNIT #6107, MIAMI, FLORIDA 33132

 Defendant *In Rem*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

  In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Jason Michael Short, Esq.** of the law firm of Kobre & Kim LLP for purposes of appearance as co-counsel on behalf of Claimant Nathalie Bumba-Pembe ("Claimant") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jason Michael Short to receive electronic filings in this case, and in support thereof states as follows:

  1. Jason Michael Short is not admitted to practice in the Southern District of Florida, and is a member in good standing of the bars of the United States District Courts for the Southern and Eastern Districts of New York.

  2. Movant, Adriana Riviere-Badell, Esq., of the law firm of Kobre & Kim LLP, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in

compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jason Michael Short has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Jason Michael Short, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jason Michael Short at email address: Jason.Short@kobrekim.com.

WHEREFORE, Adriana Riviere-Badell, moves this Court to enter an Order allowing Jason Michael Short to appear before this Court on behalf of Claimant Nathalie Bumba-Pembe, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jason Michael Short.

Date: August 28, 2020   Respectfully submitted,

/s/ Adriana Riviere-Badell

Adriana Riviere-Badell
Florida Bar No. 30572
Adriana.Riviere-Badell@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL 33131
Tel: +1 305 967 6117
Fax: +1 305 967 6120

*Attorney for Claimant Nathalie Bumba-Pembe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice,* Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings was served via ECF on August 28, 2020, on all counsel of record on the service list.

/s/ Adriana Riviere-Badell
Adriana Riviere-Badell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-22427-MGC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 900 BISCAYNE BLVD #6107, MIAMI, FLORIDA 33132

    Defendant. *In Rem.*

_____/

**CERTIFICATION OF JASON MICHAEL SHORT**

I, Jason Michael Short, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of United States District Courts for the Southern and Eastern Districts of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                 /s/ Jason Michael Short

                                                 Jason Michael Short
                                                 New York Bar No. 5140355
                                                 Jason.Short@kobrekim.com
                                                 800 Third Avenue
                                                 New York, New York, 10022
                                                 Tel: +1 212 488 1200
                                                 Fax: +1 212 488 1220

                                                 *Attorney for Claimant Nathalie*
                                                 *Bumba-Pembe*