UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-22427-MGC

UNITED STATES OF AMERICA,

   Plaintiff,

v.

REAL PROPERTY LOCATED AT 900
BISCAYNE BLVD UNIT #6107, MIAMI,
FLORIDA 33132

   Defendant(s).
_____

### VERIFIED CLAIM AND STATEMENT OF INTEREST OF NATHALIE BUMBA-PEMBE

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Claimant Nathalie Bumba-Pembe ("Claimant") hereby asserts an interest in and files this Claim to all right and title to real property located at 900 Biscayne Blvd. Unit #6107, Miami, Florida 33132 (the "Defendant Asset"), including any and all rights, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon. Claimant is titleholder to the Defendant Asset, and therefore holds 100% ownership interest in the Defendant Asset and is entitled to all rights, appurtenances, improvements, and attachments thereon, as well as all leases, rents and profits therefrom.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this **24** day of August, 2020, at **CONGO**.

/s/ Nathalie Bumba-Pembe

Dated: August **28**, 2020

Respectfully submitted,

**KOBRE & KIM LLP**

/s/ Adriana Riviere-Badell
Adriana Riviere-Badell
Adriana.Riviere-Badell@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL 33131
Tel: +1 305 967 6117
Fax: +1 305 967 6120

Robin Rathmell
Robin.Rathmell@kobrekim.com
1919 M Street, NW
Washington, DC 20036
Tel. +1 202 664 1900
Fax. +1 202 664 1920

Jason Short
Jason.Short@kobrekim.com
800 Third Ave.
Floor 6
New York, NY 10022
Tel. +1 212 488 1200
Fax. +1 212 488 1220

*Attorneys for Claimant Nathalie Bumba-Pembe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2020 a true and correct copy of the foregoing Verified Claim and Statement of Interest was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing on all counsel or parties of record on the service list. I further certify that a true and correct copy of the foregoing was served via U.S. Mail upon all counsel identified on the manual notice list.

/s *Adriana Riviere-Badell*
Adriana Riviere-Badell

## SERVICE LIST

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

Adrienne E. Rosen
adrienne.rosen@usdoj.gov

Shai Bronshtein
shai.bronshtein@crm.usdoj.gov

Adriana Riviere-Badell
adriana.riviere-badell@kobrekim.com

Robin Rathmell
robin.rathmell@kobrekim.com

Jason Michael Short
jason.short@kobrekim.com