UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22427-MGC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

REAL PROPERTY LOCATED AT
900 BISCAYNE BLVD UNIT
#6107, MIAMI, FLORIDA 33132,

    Defendant *In Rem.*

                                                           /

## ORDER APPROVING INTERLOCUTORY SALE

THIS CAUSE is before the Court on the United States' Agreed Motion to Authorize Interlocutory Sale ("Motion") (ECF No. 13) of the Real Property located at 900 Biscayne Blvd Unit #6107, Miami, Florida 33132 ("Property"). Being fully advised in the premises and the record in this matter, and for good cause shown thereby,

It is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Property shall be sold pursuant to the terms of Rule G(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and agreement of the parties.

3. The net proceeds from the sale of the Property will be substituted as the *res* in this civil forfeiture action, and they will be held by Homeland Security Investigations in an interest-bearing account pending a final resolution of the forfeiture action.

**DONE AND ORDERED** at Miami, Florida, this 22nd day of October 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge