CFN: 20200748304 BOOK 32259 PAGE 963
DATE:12/29/2020  12:20:37 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-22427-MGC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

900 BISCAYNE BLVD UNIT #6107,
MIAMI, FLORIDA 33132,

        Defendant *In Rem*.

_____/

## RELEASE OF LIS PENDENS

GRANTEE:   Nathalie Bumba Pembe

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, that a Notice of *Lis Pendens* recorded in Miami-Dade County Recorder's Office on June 15, 2020, in Official Record Book 31970, Page 3134 of the Public Records of Miami-Dade County, Florida giving notice of the pendency of forfeiture in the above-referenced case is hereby **released and discharged**.  The property affected by this release is located at **900 Biscayne Blvd Unit #6107, Miami, Florida 33132**, more particularly described as:

> Condominium Parcel No. 6107 in **900 BISCAYNE BAY**, a Condominium, according to the Declaration thereof recorded April 23, 2008 in Official Record Book 26340, Page 0882, of the Public Records of Miami-Dade County, Florida, as amended and/or supplemented from time to time, together with an undivided interest in the common elements appurtenant thereto.
>
> a/k/a 900 Biscayne Boulevard #6107, Miami, FL 33132-1729
>
> **PARCEL IDENTIFICATION NO.: 01-3231-069-3350.**

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY:   _____
        Adrienne E. Rosen
        Assistant United States Attorney
        Court ID No. A5502297
        U.S. Attorney's Office
        99 Northeast Fourth Street, 7th Floor
        Miami, Florida 33132
        Telephone: (305) 961-9338
        Email: Adrienne.Rosen@usdoj.gov