UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-22427-MGC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 900
BISCAYNE BLVD UNIT #6107, MIAMI,
FLORIDA 33132

        Defendant *In Rem*.
_____/

## JOINT STATUS REPORT

Claimant Nathalie Bumba-Pembe ("Claimant") and Plaintiff United States of America ("Plaintiff") (collectively, the "Parties") hereby file this Joint Status Report and, together, move the Court for a stay of 30 additional days from the date of this report – or until June 1, 2021 – of all deadlines in this case while the Parties continue to negotiate an agreement in principle to resolve this matter. In support of this request, the Parties state as follows:

1. On March 30, 2021, the Parties filed a Joint Motion to Stay Proceedings in order to facilitate continued negotiations towards an agreement in principle to resolve this matter. The Parties requested a stay of all deadlines until June 1, 2021.

2. On April 6, 2021, this Court entered an order granting in part and denying in part the Joint Motion to Stay Proceedings. This order stayed the proceedings until May 1, 2021, and directed that the Parties file by that date a joint status report detailing the Parties' negotiation efforts, including whether the Parties will require an additional stay of proceedings in contemplation of said efforts.

3. With respect to the Parties negotiation efforts, the Parties have been diligently engaged in good faith negotiations and are progressing towards a settlement. However, the Parties note that additional time is necessary in order to reach an agreement.

1

4. Therefore, the Parties respectfully submit that, in the interest of justice, the preservation of judicial and financial economy, and to allow time for the undertaking of negotiating to resolve this matter, a stay of all deadlines until 11:59 p.m. on Tuesday, June 1, 2021 is warranted.

5. The Parties further respectfully submit that if, at the end of the requested stay period, they have been unable to reach an agreement in principle to resolve this matter, then the Parties will promptly inform the Court and file a Joint Scheduling Report and Joint Proposed Scheduling Order no later than June 15, 2021.

6. This request of the Court is made in good faith and not for purposes of delay, and the granting of the relief requested herein is supported by good cause and will not prejudice the Court or any of the parties to this action.

**WHEREFORE**, the Parties respectfully request that the Court issue an order staying all deadlines in this matter until 11:59 p.m. on Tuesday, June 1, 2021.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I hereby certify that, in accordance with Local Rule 7.1(a)(3), the undersigned have conferred with all counsel regarding the issues raised herein, and all counsel join in this motion.

Date: April 30, 2021                                                                 Respectfully submitted,

/s/ Evelyn Baltodano-Sheehan
Evelyn Baltodano-Sheehan
evelyn.sheehan@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL 33131
Tel. +1 305 967 6112
Fax. +1 305 967 6120

Adriana Riviere-Badell
adriana.riviere-badell@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL 33131
Tel: +1 305 967 6117
Fax: +1 305 967 6120

/s/  Shai Bronshtein
Shai Bronshtein, Trial Attorney
shai.bronshtein@usdoj.gov
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Tel: +1 202 616 5950

Adrienne Rosen
adrienne.rosen@usdoj.gov
Assistant United States Attorney
Court ID No. A5502297
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132
Tel: +1 305 961 9338

*Attorneys for Plaintiff United States of America*

Robin Rathmell
robin.rathmell@kobrekim.com
1919 M Street, NW
Washington, DC 20036
Tel. +1 202 664 1900
Fax. +1 202 664 1920

Jason Short
jason.short@kobrekim.com
800 Third Ave.
Floor 6
New York, NY 10022
Tel. +1 212 488 1200
Fax. +1 212 488 1220

*Attorneys for Claimant Nathalie Bumba-Pembe*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Evelyn Baltodano-Sheehan
Evelyn Baltodano-Sheehan

## SERVICE LIST

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

Adrienne E. Rosen
adrienne.rosen@usdoj.gov

Shai Bronshtein
shai.bronshtein@crm.usdoj.gov

Adriana Riviere-Badell
adriana.riviere-badell@kobrekim.com

Evelyn Sheehan
evelyn.sheehan@kobrekim.com

Robin Rathmell
robin.rathmell@kobrekim.com

Jason Michael Short
jason.short@kobrekim.com