UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-22427-MGC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 900
BISCAYNE BLVD UNIT #6107, MIAMI,
FLORIDA 33132

        Defendant *In Rem*.
_____/

## JOINT STATUS REPORT

Claimant Nathalie Bumba-Pembe ("Claimant") and Plaintiff United States of America ("Plaintiff") (collectively, the "Parties") hereby file this Joint Status Report and, together, move the Court for a stay of 30 additional days from the date of this report – or until July 1, 2021 – of all deadlines in this case while the Parties continue to negotiate an agreement in principle to resolve this matter.  In support of this request, the Parties state as follows:

       1.       On April 30, 2021, the Parties filed a Joint Status Report requesting an additional stay in order to facilitate continued negotiations towards an agreement in principle to resolve this matter.  The Parties requested a stay of all deadlines until June 1, 2021.

       2.       On May 3, 2021, this Court entered an order granting the requested additional stay in this matter until June 1, 2021 and directed that the Parties file a joint status report advising the Court regarding the foreseeability of settlement.

       3.       The Parties have been diligently engaged in good faith negotiations and have continued to progress towards a settlement.  However, the Parties note that additional time is necessary in order to reach an agreement.

       4.       Therefore, the Parties respectfully submit that, in the interest of justice, the preservation of judicial and financial economy, and to allow time for the undertaking of negotiating

to resolve this matter, a stay of all deadlines until 11:59 p.m. on Thursday, July 1, 2021 is warranted.

5. The Parties further respectfully submit that if, at the end of the requested stay period, they have been unable to reach an agreement in principle to resolve this matter, then the Parties will promptly inform the Court and file a Joint Scheduling Report and Joint Proposed Scheduling Order no later than July 15, 2021.

6. This request of the Court is made in good faith and not for purposes of delay, and the granting of the relief requested herein is supported by good cause and will not prejudice the Court or any of the parties to this action.

**WHEREFORE**, the Parties respectfully request that the Court issue an order staying all deadlines in this matter until 11:59 p.m. on Tuesday, July 1, 2021.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

I hereby certify that, in accordance with Local Rule 7.1(a)(3), the undersigned have conferred with all counsel regarding the issues raised herein, and all counsel join in this motion.

Date: June 2, 2021                                      Respectfully submitted,

/s/  Evelyn Baltodano-Sheehan                           /s/  Shai Bronshtein
Evelyn Baltodano-Sheehan                                Shai Bronshtein, Trial Attorney
evelyn.sheehan@kobrekim.com                             shai.bronshtein@usdoj.gov
201 South Biscayne Blvd.                                United States Department of Justice
Suite 1900                                              1400 New York Avenue NW
Miami, FL 33131                                         Washington, DC 20005
Tel. +1 305 967 6112                                    Tel: +1 202 616 5950
Fax. +1 305 967 6120

                                                        Adrienne Rosen
                                                        adrienne.rosen@usdoj.gov
Adriana Riviere-Badell                                  Assistant United States Attorney
adriana.riviere-badell@kobrekim.com                     Court ID No. A5502297
201 South Biscayne Blvd.                                99 Northeast Fourth Street, 7th Floor
Suite 1900                                              Miami, Florida 33132
Miami, FL 33131                                         Tel: +1 305 961 9338
Tel: +1 305 967 6117
Fax: +1 305 967 6120                                    *Attorneys for Plaintiff United States of America*

Robin Rathmell

robin.rathmell@kobrekim.com
1919 M Street, NW
Washington, DC 20036
Tel. +1 202 664 1900
Fax. +1 202 664 1920

Jason Short
jason.short@kobrekim.com
800 Third Ave.
Floor 6
New York, NY 10022
Tel. +1 212 488 1200
Fax. +1 212 488 1220

*Attorneys for Claimant Nathalie Bumba-Pembe*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/* Evelyn Baltodano-Sheehan
Evelyn Baltodano-Sheehan

## SERVICE LIST

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

Adrienne E. Rosen
adrienne.rosen@usdoj.gov

Shai Bronshtein
shai.bronshtein@crm.usdoj.gov

Adriana Riviere-Badell
adriana.riviere-badell@kobrekim.com

Evelyn Sheehan
evelyn.sheehan@kobrekim.com

Robin Rathmell
robin.rathmell@kobrekim.com

Jason Michael Short
jason.short@kobrekim.com