UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22427-COOKE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

900 BISCAYNE BLVD UNIT #6107,
MIAMI, FLORIDA 33132

        **Defendant *In Rem*.**
_____/

**DECLARATION OF PUBLICATION**

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 16, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY**

By:    *s/Adrienne E. Rosen*
       Adrienne E. Rosen
       Assistant United States Attorney
       Court Id No. A5502297
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132-2111
       Telephone: (305) 961-9338
       E-mail: Adrienne.Rosen@usdoj.gov