UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22427-MGC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

REAL PROPERTY LOCATED AT
900 BISCAYNE BLVD UNIT #6107,
MIAMI, FLORIDA 33132,

        Defendant *In Rem.*
_____/

## ORDER APROVING SETTLEMENT AGREEMENT

THIS MATTER is before the Court on the United States' Agreed Motion to Approve Settlement Agreement between the United States and Nathalie Bumba-Pembe ("Claimant") (collectively, the "Parties"). The Court has carefully reviewed the Motion and is otherwise advised on the premises. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. The Agreed Motion to Approve Settlement Agreement is **GRANTED**;

2. The Settlement Agreement entered into between the United States and Claimant (ECF No. 28-1) is **APPROVED**; and

3. The Court will retain jurisdiction over this matter and the Parties to enter such orders as may be necessary for the enforcement of the Settlement Agreement.

**DONE AND ORDERED** at Miami, Florida, this 5th day of August 2021.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge