UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-CV-22427-MGC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

REAL PROPERTY LOCATED AT
900 BISCAYNE BLVD UNIT #6107,
MIAMI, FLORIDA 33132,

        Defendant *In Rem*.
_____/

**UNITED STATES' MOTION FOR ENTRY OF JUDGMENT OF FORFEITURE
CONSISTENT WITH THE STIPULATION AND SETTLEMENT AGREEMENT
BETWEEN THE UNITED STATES AND CLAIAMANT**

    Plaintiff, the United States of America, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, files this Motion for Entry of Judgment of Forfeiture Consistent with the Stipulation and Settlement Agreement between the United States and Nathalie Bumba-Pembe ("Claimant") (collectively, the "Parties").

    1.    On June 12, 2020, the United States filed a Verified Complaint for Forfeiture *in Rem* (the "Complaint") against Real Property Located at 900 Biscayne Blvd Unit #6107, Miami, Florida 33132 ("Defendant Property"). ECF No. 1.

    2.    The Complaint alleged, among other things, that "between 2011 and 2014, Minister [Denis-Christel Sassou] Nguesso embezzled millions of dollars from" "Société Nationale des Pétroles du Congo, the state-owned oil company of the Republic of the Congo," and that he "used the stolen funds to acquire real estate and luxury goods . . . including the [Defendant] Property." ECF No. 1 at 1, 4.

3. On June 23, 2020, the Complaint was posted on the door of the Defendant Property. ECF No. 4. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. ECF No. 27.

4. On August 28, 2020, Claimant filed a Verified Claim and Statement of Interest as the sole titleholder of the Defendant Property, ECF No. 9, and on September 18, 2020, filed an Answer and Affirmative Defenses, ECF No. 12.

5. On October 22, 2020, the Parties filed an Agreed Motion to Authorize Interlocutory Sale of the Defendant Property, ECF No. 13, in which the Parties agreed that the net proceeds of the sale of the Defendant Property ("Net Proceeds"), to include any refund of taxes paid in connection with the sale, would be substituted as the *res* in this civil forfeiture action. The Court entered an order granting the motion on the same day, ECF No. 14.

6. Per the Court's order, the Defendant Property was sold, and, on November 2, 2020, the Net Proceeds were transferred to HSI and the IRS.[1]

7. The time for filing other claims has expired, and no other claims have been filed.

8. The United States and Claimant entered into a Stipulation and Settlement Agreement (the "Agreement"), in which they agreed to a settlement in which the United States will return $250,000.00 of the Net Proceeds to Claimant, while the remainder of the Net Proceeds, approximately $1,888,081.81, will be forfeited to the United States. ECF No. 28-1.

9. On August 5, 2021, this Court approved the Agreement. ECF No. 29.

---

[1] The funds transferred to the IRS represent "those withheld under the Foreign Investment in Real Property Tax Act ('FIRPTA')," which Claimant agreed, if they were "later released or refunded . . . shall be remitted to the United States and shall become a part of the net proceeds and the substitute *res*." *Aff. of Nathalie Bumba-Pembe*, ECF No. 13-1.

10. The United States now respectfully requests that the Court, in accordance with the Agreement, order that $250,000 of the Net Proceeds be returned to Claimant

11. The United States further requests that the Court enter a Judgment of Forfeiture, ordering that the remainder of the Net Proceeds, as well as any refund of the FIRPTA tax withheld as part of the sale of the Defendant Property, and currently held by the IRS, that would otherwise be due to Claimant, be forfeited to the United States.

12. The United States respectfully requests that the Court retain jurisdiction to enter any further orders necessary to effectuate this Judgment, particularly as may be required to facilitate the transfer of funds currently held by IRS under FIRPTA.

WHEREFORE, the United States requests that this Court enter a Judgment of Forfeiture pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, and for such other relief as the Court deems just and proper.

Dated: August 5, 2021

Respectfully submitted,

DEBORAH CONNOR, CHIEF
MONEY LAUNDERING &
ASSET RECOVERY SECTION

By: /s/ Shai. D. Bronshtein
Shai D. Bronshtein, Trial Attorney (No. A5502665)
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 616-5950
Shai.Bronshtein@usdoj.gov

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ *Adrienne E. Rosen*
Adrienne E. Rosen, AUSA (No. A5502297)
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9338
Facsimile: (305) 536-4089
Adrienne.Rosen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA