UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22427-COOKE

UNITED STATES OF AMERICA

    Plaintiff,

vs.

REAL PROPERTY LOCATED AT
900 BISCAYNE BLVD UNIT #6107,
MIAMI, FLORIDA 33132

    Defendants *In Rem*.
_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, AUSA Adrienne Rosen, is no longer counsel of record for the United States in this matter.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    ACTING UNITED STATES ATTORNEY

By:    *s/ Marx P. Calderón*
    Marx P. Calderón
    Assistant United States Attorney
    Court ID No. A5502700
    99 N.E. 4th Street, 7th Floor
    Miami FL, 33132-2111
    Telephone: (305) 961-9036
    E-mail: Marx.Calderon@usdoj.gov