UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:20-cv-22427-MGC**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

REAL PROPERTY LOCATED AT
900 BISCAYNE BLVD UNIT #6107,
MIAMI, FLORIDA 33132,

        Defendant *In Rem.*

                                 /

## FINAL JUDGMENT OF FORFEITURE

Pursuant to Federal Rule of Civil Procedure 54 and 58, and in accordance with the Stipulation and Settlement Agreement entered into by the United States of America and Nathalie Bumba-Pembe ("Claimant"), as approved by this Court, ECF No. 29, and the Court having reviewed the record in this case and for good cause shown:

It is hereby **ORDERED** and **ADJUDGED** that the United States' Motion, ECF No. 30, is **GRANTED**.

It is further **ORDERED** and **ADJUDGED** that $250,000.00 of the Net Proceeds from the sale of 900 Biscayne Boulevard #6107, Miami, Florida (the "Defendant Property") shall be returned to Claimant in accordance with the Stipulation and Settlement Agreement.

It is further **ORDERED** and **ADJUDGED** that judgment is entered in favor of the United States to forfeit the remainder of the Net Proceeds, to include any refund of the FIRPTA tax withheld as part of the sale of the Defendant Property, and currently held by the IRS, that would otherwise be due to Claimant (the "Settlement Funds"). All right, title and

interest in the Settlement Funds is forfeited to the United States for disposition according to law.

It is further **ORDERED** and **ADJUDGED** that all other potential claimants are held in default.

It is further **ORDERED** and **ADJUGED** that the Court retains jurisdiction to enter any further orders necessary to effectuate this Judgment, particularly as may be required to facilitate the transfer of funds currently held by IRS under FIRPTA.

**DONE AND ORDERED** at Miami, Florida, this 7th day of March 2022.

_____

MARCIA G. COOKE
United States District Judge